Argued November 5—decided November 5, 1963

LORING J. WHITESIDE *v*. WILLIAM T. BURLANT, SHERIFF

The motion by the plaintiff that the judgment and sentence of the Court of Common Pleas in New Haven County in No. 4144 be declared null, void and of no effect is dismissed for lack of jurisdiction. See General Statutes § 52-263; *State* v. *Whiteside,* 148 Conn. 208, 169 A.2d 260.

*Loring J. Whiteside,* pro se, the appellant (plaintiff).

*George R. Tiernan,* assistant state's attorney, for the appellee (defendant).

Argued November 5—decided November 5, 1963